UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>Janessa Lynn Denman<br><br>Debtor/Movant<br><br>v.<br><br>Byzfunder NY LLC<br><br>Respondent. | Case No. 25-13151 TBM<br><br>Chapter 7 |

MOTION TO AVOID JUDICIAL LIEN IMPAIRING EXEMPTIONS

COMES NOW, the Debtor, by and through counsel Nathaniel J. Thompson, Esq., and hereby submit this Motion to Avoid Judicial Lien Impairing an Exemption regarding a Transcript of Judgment filed by Byzfunder NY LLC, and as grounds therefore, state as follows:

1. The Movant filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on May 23, 2025.

2. This motion is filed pursuant to 11 U.S.C. Section 522(f)(1) to avoid and cancel a judicial lien held by Byzfunder NY LLC on real property used as the debtor's residence located at 18983 East Oregon Drive, Aurora, CO 80017, with a legal description of:

LOT 13, BLOCK 2, STONE RIDGE PARK SUBDIVISION FILING NO.10, COUNTY OF ARAPAHOE, STATE OF COLORADO.

Hereinafter the "**Property**").

3. Respondent obtained a judgment against Movants. On or about April 9, 2024, Respondent recorded a transcript of judgment against the real property with the clerk and recorder of the County of Arapahoe, Colorado at reception number **E4020837**. Therefore, pursuant to Colorado law, if the creditor has recorded a lien, said recordation constitutes a lien on Movants' real and personal property. The amount of the judgment at the time of the recording was approximately $68,992.77. A copy of the transcript of judgment is attached as **Exhibit A**.

4. The Property is worth approximately $463,300.00 and is encumbered by the following liens with priority over Respondent:

Case:25-13151-TBM Doc#:17 Filed:07/09/25 Entered:07/09/25 08:29:18 Page2 of 2

      a. Deed of Trust to JPMorgan Chase Bank, N.A, estimated balance of $150,627.38, recorded April 5, 2021 (E1055704) and assigned to JPMorgan Chase Bank, N.A. on January 9, 2025 (E5001977).

      b. Second Deed of Trust to PNC Bank, estimated balance of $223,500, recorded October 11, 2022 (E2102139);

The priority liens ahead of Respondent total approximately $374,127.38.

    5.    The Debtor's interest in the Property and encumbered by the lien does not exceed $250,000 [C.R.S. § 38-41-201(1)(b)] in value and the equity value of the property was fully claimed as exempt on Schedule C.

    6.    The existence of the Byzfunder NY LLC's lien on Debtor's Property impairs exemptions to which the Debtor would be entitled under 11 U.S.C. § 522(b).

WHEREFORE, Movants pray for an Order against Byzfunder NY LLC for the cancellation and avoidance of the judicial lien on their residential real estate, and for such additional or alternative relief as may by just and proper.

RESPECTFULLY submitted this July 9, 2025.

        */s/ Nathaniel J. Thompson, Esq.*
        Nathaniel J. Thompson, #41219
        ROBINSON AND HENRY, P.C.
        7555 E Hampden Ave, Suite 600
        Denver, CO 80231
        Tele: 303-338-2362
        e-mail: nate.thompson@robinsonandhenry.com
        Attorney for Debtor