# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Thomas B. McNamara

In re:

JANESSA LYNN DENMAN,

Debtor.

Bankruptcy Case No: 25-13151 TBM
Chapter 7

---

## ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN
---

On July 9, 2025, Janessa Lymm Denman (the "Debtor") filed a "Motion to Avoid Judicial Lien Impairing Exemptions" (Docket No. 17, the "Motion"). The allegations in the Motion indicate that the Debtor seeks to avoid the lien of Byzfinder NY, LLC, because it impairs the homestead exemption. The Debtor asserts that proper notice of the Motion was given. No objections were filed. The Court, having reviewed the pleadings, and being sufficiently advised, hereby

ORDERS that the Motion is GRANTED. The lien of creditor Byzfinder NY, LLC, Reception No. E4020837, recorded against the Debtor's homestead in Arapahoe County Colorado, is avoided in its entirety pursuant to 11 U.S.C. § 522(f). The real property address is 18983 East Oregon Drive, Aurora, CO 80017.

Unless the Debtor's bankruptcy case is dismissed, the lien of Byzfinder NY, LLC, is hereby extinguished and the lien shall not survive bankruptcy, affix to or remain enforceable against the real property of the Debtor.

DATED this 8th day of August, 2025.

BY THE COURT:

*Thomas B. McNamara*
Honorable Thomas B. McNamara
United States Bankruptcy Court Judge